## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **Robert Barnett,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | **12-3052-CV-S-JTM** |
| **Carolyn W. Colvin,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## O R D E R

On Thursday, May 23, 2013, the Court heard oral argument on the *Plaintiff's Appeal Brief,* filed September 21, 2012, [Doc. 8] and the *Brief For Defendant*, filed December 5, 2012, [Doc. 11].  After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the May 23, 2013 oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.


 */s/ John T. Maughmer*
**JOHN T. MAUGHMER**
**U. S. MAGISTRATE JUDGE**